NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

M & A GROUP, LLC )
)
      Appellant, )
)
v. ) Case No. 2D17-1621
)
HC LAKESHORE, LLC )
)
      Appellee. )
_____ )

Opinion filed June 6, 2018.

Appeal from the Circuit Court for Highlands
County; Michael E. Raiden, Judge

Samuel M. Sheldon of The Behar Law Firm,
P.A., Aventura, for Appellant

Kristie Hatcher-Bolin of GrayRobinson,
P.A., Lakeland, and Thomas J. Wohl of
Swaine & Harris P.A., Sebring, for Appellee

PER CURIAM.

      Affirmed.

BLACK and ATKINSON, JJ., and CASE, JAMES, ASSOCIATE JUDGE, Concur.